UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-60001-COHN

UNITED STATES OF AMERICA

vs.

GUY ST. AMOUR,

**Defendant.**

_____/

**FACTUAL PROFFER**

The parties agree that if this matter were to proceed to trial, the United States of America would prove the following facts, which do not include all the facts known to the Government and the Defendant GUY ST. AMOUR, beyond a reasonable doubt, and that these facts are sufficient to prove the guilt of the Defendant in the above-referenced Indictment:

On March 27, 2013, agents of the Drug Enforcement Administration ("DEA") received information from a confidential source ("CS") that a 1966 Cessna 1821 aircraft, bearing U.S. registration N3482F (the "Cessna"), was preparing to depart Ft. Lauderdale, Florida Executive Airport ("FXE") with a modification to its fuel system. Agents located the Cessna in front of the World Jet Inc. hangars at FXE and observed, through the windows of the aircraft, a large, plastic marine fuel tank in the back seat held in place with a ratchet strap. A clear hose was attached to the tank and ran outside of the plane through a fitting in the side of the plane. The hose ran up the wing, attached by duct tape, to the actual fuel tank of the plane. A pump inside the plane, powered by the plane's cigarette lighter, was supposed to pump fuel from the large plastic tank

On March 25, 2015, agents from the Department of Transportation interviewed Defendant a second time. After waiving his *Miranda* rights, he provided a sworn affidavit admitting that he was aware of the need to obtain FAA approval prior to operating an aircraft with fuel modifications such as the one done per his request to the Cessna on March 27, 2013, but had not sought or secured such FAA approval. Defendant admitted that the purpose of making the fuel system modification was to "extend the range" of the Cessna because he was going to take the Cessna to South America. In addition, Defendant's sworn affidavit stated:

> I hired a gentleman Patrick who drilled into the wing cap and the tubes and someone else name Raphael installed the marine gas tank in the cabin rear seat. Once that was done, I taxied the plane to world jet where I got fuel for the plane. I never flew the airplane to South America because the D.E.A. showed up to question about the airplane. I was scheduled to fly the plane to Ascuncion Paraguay the next day for the owner . . .

On March 27, 2013, the Cessna was not being used to provide air transportation as that term is used in Title 49, United States Code, Section 46306. On that date, Defendant was aware

3

that the fuel system of the Cessna had been modified without prior approval from the FAA.

                                                BENJAMIN G. GREENBERG
                                                ACTING UNITED STATES ATTORNEY

Date: _6/19/17_     By: _____
                                     ROBERT JUMAN
                                     ASSISTANT UNITED STATES ATTORNEY

Date: _6/19/17_     By: _____
                                     TONY HABER, ESQ.
                                     ATTORNEY FOR DEFENDANT

Date: _6/19/17_     By: _____
                                     GUY ST. AMOUR
                                     DEFENDANT